Cite as 2020 Ark. 259

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE RULES FOR MINIMUM CONTINUING LEGAL EDUCATION (RULE 4) AND REGULATIONS OF THE ARKANSAS CONTINUING LEGAL EDUCATION BOARD (RULE 4.04) | **Opinion Delivered:** June 18, 2020 |

**PER CURIAM**

The Supreme Court hereby amends, effective July 1, 2020, Rule 4 of the Rules for Minimum Continuing Legal Education and Rule 4.04 of the Regulations of the Arkansas Continuing Legal Education Board. The changes are set out below, with only new material shown and underlined. Attached as Exhibit A is a sample application form for requesting CLE credit for pro bono service.

**Rules for Minimum Continuing Legal Education**

**Rule 4. Accreditation.**

. . . .

4.(G) The Board is authorized to establish regulations that grant credit for *pro bono publico* service. The Board shall limit the number of credit hours that can be earned through *pro bono publico* service to no more than three (3) hours per reporting period.

**Regulations of the Arkansas Continuing Legal Education Board**

**Rule 4.04. Approved CLE Activities.**

. . . .

(10) *Pro Bono* Credit. An attorney may earn general CLE credit hours at a rate of one (1) hour of credit for every three (3) hours of *pro bono publico* service performed, with a maximum of three (3) credit hours for *pro bono publico* service in each reporting period. Hours claimed must be rounded down to the nearest quarter of an hour.

(a) As used in this rule, "*pro bono publico* service" means legal service provided without fee or expectation of fee to a person of limited means. The case must be assigned and verified by one of the following:

(i)     An organization which receives funding for *pro bono* programs or services from the Legal Services Corporation or the Arkansas Access to Justice Foundation;

(ii)     The Arkansas Access to Justice Commission;

(iii)     The Arkansas Bar Association or a local bar association;

(iv)     Any state or federal court in Arkansas; or

(v)     Any other organization recognized by the Board as providing legal services to persons of limited means in Arkansas without fee or expectation of fee.

(b) Attorneys seeking CLE credit for *pro bono publico* service shall complete and return to the Office of Professional Programs an "Application for CLE Credit for *Pro Bono Publico* Service" form. Such application shall, at a minimum, include:

(i)     The attorney's name;

(ii)     The attorney's address;

(iii)     The attorney's bar number;

(iv)     The name of the entity which assigned the case;

(v)     Verification from a representative of the entity assigning the case that the case was assigned by the entity and accepted by the attorney;

(vi)     A statement by the attorney of how many *pro bono publico* service hours they have provided and the number of CLE credit hours they are entitled to for that service; and

(vii)     The attorney's signature, verifying the accuracy of the information in the application.

EXHIBIT A

## APPLICATION FOR CLE CREDIT FOR *PRO BONO PUBLICO* SERVICE

---

### TO BE COMPLETED BY ATTORNEY

Attorney's Printed
Name:_____

Arkansas Supreme Court Registration
Number:_____

Attorney's
Address:_____

Qualifying hours of *pro bono publico* service performed:  _____

General CLE credit hours claimed (Divide number of qualifying *pro bono publico* service hours by three (3) and round down to the nearest quarter of an hour. A maximum of three (3) hours may be claimed.):  _____

By my signature below, I am verifying that I actually provided the number of hours of *pro bono publico* service claimed and that I did so without fee or expectation of fee. The CLE hours I am claiming credit for were earned during the current reporting period.

IT IS A VIOLATION OF RULE 8.4(C) OF THE ARKANSAS RULES OF PROFESSIONAL CONDUCT TO CLAIM CLE CREDIT FOR *PRO BONO PUBLICO* SERVICE NOT ACTUALLY PERFORMED.

Attorney's Signature:_____
         Date:_____

---

### TO BE COMPLETED BY ASSIGNING ENTITY

Representative's Printed
Name:_____

Representative's
Title:_____

Name of Assigning
Entity:_____

By my signature below, I am verifying that the attorney listed above accepted a case referral from the entity I represent. The attorney agreed to charge no fee for handling the case. My entity screened the client for financial eligibility and the client was determined to be a person of limited means, unable to afford an attorney. To the best of my knowledge, the attorney actually completed the number of *pro bono publico* service hours listed.

Representative's Signature:_____ Date:_____